he should not be disbarred from the practice of law in this Court.

No. D–107. In re Disbarment of Friedland. It is ordered that Edward S. Friedland of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–108. In re Disbarment of Zeigler. It is ordered that Charles D. Zeigler, of Youngstown, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 76–6544. McAllister v. Maggio, Warden; and
No. 76–6606. Darner v. Malley, Warden. Motions for leave to file petitions for writs of habeas corpus denied.

No. 76–6474. Tyler v. United States District Court for the Western District of Missouri. Motion for leave to file petition for writ of mandamus denied.

No. 76–682. Santa Clara Pueblo et al. v. Martinez et al. C. A. 10th Cir. Motions of Shoshone and Arapahoe Tribes of the Wind River Indian Reservation et al., Seneca Nation of Indians of New York et al., and Pueblo de Cochiti et al. for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 76–507. Leipzig et al. v. Baldwin et al. C. A. 9th Cir. Certiorari denied.